An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNY LEE JONES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALERIE ADAIR, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 65238

**FILED**

MAY 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus. Petitioner seeks an order directing the district court to reverse its decision denying petitioner relief regarding a post-conviction petition for a writ of habeas corpus. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. We note that petitioner has already appealed the district court's decision to deny his post-conviction petition for a writ of habeas corpus and that appeal is pending before this court as Docket No. 65191. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.        _____, J.
Douglas                                       Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15241

cc: Hon. Valerie Adair, District Judge
Johnny Lee Jones
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk